THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| LUIS MANUEL PEREZ<br>XXX-XX-4943<br>101 WESTWOOD PLACE<br>LEWISVILLE, TX 75067 | § § § § § § | CASE NO. 03-41045-R<br><br>CHAPTER 13 |
| ZEFERINA YOLANDA PEREZ<br>XXX-XX-9830 | § § § § | |
| DEBTORS | § § | |

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF
THE UNITED STATES BANKRUPTCY COURT**

The Notice of Janna L. Countryman, Trustee herein, respectfully would show:

1. That she is the duly qualified and acting Trustee in this case.

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 Plan and/or the Bankruptcy Code. Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor to whom previous checks were submitted without negotiation:

    | Creditor | Reserve Amount |
    |---|---|
    | HUD 312 | $3,227.21 |

4. A turnover check payable to the Clerk of the United States Bankruptcy Court for $3,227.21 is attached to this Notice.

Dated: 5-1-08

Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

LUIS MANUEL PEREZ
ZEFERINA YOLANDA PEREZ
101 WESTWOOD PLACE
LEWISVILLE, TX 75067

ROBERT A. HIGGINS & ASSOCIATES
112 GOLIAD STREET
BENBROOK, TX 76126-2009

HUD 312
P. O. BOX 740181
ATLANTA, GA 30374-0181

Dated: 5-1-08

Office of the Standing Chapter 13 Trustee

PLA_Notice_DepositFunds